Certificate Number: 13861-NJ-DE-041611916

Bankruptcy Case Number: 26-19756

13861-NJ-DE-041611916

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2026, at 12:47 o'clock PM PDT, Sherine Kamal Kandil completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 28, 2026

By: /s/Lucia Gonzalez

Name: Lucia Gonzalez

Title: Counselor